IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HAROLD JACKSON,

   Plaintiff,

    v.

CITY OF STOCKBRIDGE,

   Defendant.

CIVIL ACTION FILE
NO. 1:10-CV-2113-TWT

### ORDER

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 20] of the Magistrate Judge recommending dismissing this action with prejudice for failure of prosecution and failure to comply with lawful orders of the Court. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED with prejudice.

SO ORDERED, this 31 day of January, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Jackson\10cv2113\r&r.wpd